NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3427

JAMES H. KNIGHT,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

Michael A. Moulis, Moulis & Associates, P.A., of Ft. Lauderdale, Florida, argued for petitioner.

Sara B. Rearden, Attorney, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel, Rosa M. Koppel, Deputy General Counsel and Jeffrey Gauger, Acting Associate General Counsel.

Appealed from: United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3427

JAMES H. KNIGHT,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

# Judgment

ON APPEAL from the    MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).    CH0752050704-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, SCHALL, and GAJARSA, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED:  December 4, 2007          /s/  Jan Horbaly
                                  Jan Horbaly, Clerk